**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Impact Financial Services, LLC, | ) | No. CV-10-00070-PHX-FJM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Six400 Check Solutions, LLC, et al., | ) | |
| Defendants. | ) | |

The court has before it defendants' motion to dismiss (doc. 21) and plaintiff's response (doc. 23). Defendants did not file a reply. Plaintiff filed an amended complaint (doc. 22) along with its response, and we granted the parties' stipulation for additional time in which to file a responsive pleading to the amended complaint (doc. 25). Accordingly, **IT IS ORDERED DENYING** defendants' motion to dismiss (doc. 21) on grounds of mootness.

DATED this 7th day of April, 2010.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge